**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6520**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RENE ELLIS, a/k/a Money, a/k/a Nut,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:01-cr-01024-CMC-7)

Submitted:  October 18, 2021               Decided:  November 2, 2021

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rene Ellis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rene Ellis appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. We have reviewed the record and find no reversible error. *See United States v. High*, 997 F.3d 181, 186-87 (4th Cir. 2021); *United States v. McCoy*, 981 F.3d 271 (4th Cir. 2020). Accordingly, we affirm the district court's order. *See United States v. Ellis*, No. 3:01-cr-01024-CMC-7 (D.S.C., Mar. 8, 2021). We grant Ellis' motion to seal his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*